UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DIEGO VARGAS | Case No. 20 CR 331-2<br><br>Honorable Matthew F. Kennelly<br>District Judge |

## JOINT STATUS REPORT

The UNITED STATES OF AMERICA, by its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, and DIEGO VARGAS, by his attorney, Michael Leonard, jointly file this status report and state as follows:

1. The indictment in this case charges defendant with one count of conspiracy to commit bank theft, in violation of Title 18, United States Code, 371. Dkt. 31. Defendant is currently detained and has a trial date of June 21, 2021. Dkt. 91.

2. Defendant also has an open case before Judge Bucklo. *See* 20 CR 708. On June 10, 2021, defendant entered a plea of guilty in case number 20 CR 708 pursuant to a plea agreement. Defendant's offense conduct in this case was included as a stipulated offense in that plea agreement. *See* Plea Agreement, attached hereto as Exhibit A, ¶ 7. After sentence has been imposed in 20 CR 708, the government will move to dismiss the indictment in 20 CR 331 as to defendant Vargas. *See* Exhibit A, ¶ 18.

3. The parties respectfully request that this Court strike defendant's June 21, 2021 trial date in this case.

                          Respectfully submitted,

                          JOHN R. LAUSCH, JR.
                          United States Attorney

By:   /s/ *Mary Katherine McClelland*
        Mary Katherine McClelland
        Assistant U.S. Attorney
        219 South Dearborn St., Rm. 500
        Chicago, Illinois 60604
        (312) 371-1078

Dated: June 10, 2021